```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA


LORI FILEPPO,                    )
                                 )
               Plaintiff,        )   Civil Action No. 06-1677
                                 )
     v.                          )   Judge Lancaster
                                 )   Magistrate Judge Caiazza
MICHAEL J. ASTRUE,               )
Commissioner of Social           )
Security,                        )
                                 )
               Defendant.        )
```

### MEMORANDUM ORDER

On December 21, 2006, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On May 18, 2007, the magistrate judge issued a Report (Doc. 13) recommending that the Defendant's Motion to Dismiss (Doc. 6) be granted.

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this 7th day of June, 2007, IT IS ORDERED that the Defendant's Motion to Dismiss (**Doc. 6**) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

The Report and Recommendation of Magistrate Judge Caiazza dated May 18, 2007 is hereby adopted as the opinion of the District Court.

Gary L. Lancaster
United States District Judge

cc (via email):

E. David Harr, Esq.
Megan Farrell, Esq.